**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000701
03-APR-2023
07:51 AM
Dkt. 20 ODSD**

NO. CAAP-22-0000701

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KELEIONALANI K. TAYLOR, Plaintiff-Appellant, v.
KOKO RENE HUNT, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DA211002876)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, McCullen and Chan, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 30, 2023, and February 28, 2023, respectively;

(2) Petitioner-Appellant Keleionalani K. Taylor (Taylor) failed to file either document, or request an extension of time;

(3) On March 16, 2023, the appellate clerk entered a default notice informing Taylor that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 28, 2023, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure

Rules 12.1(e) and 30, and Taylor could request relief from default by motion; and

(4) Taylor has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 3, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge